IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Charles Gary Brown, #1211, | Civil Action No. 6:09-2329-RBH-WMC |
| Plaintiff, | |
| vs. | **REPORT OF MAGISTRATE JUDGE** |
| Simon Major, et al., | |
| Defendants. | |

The plaintiff, a state prisoner proceeding *pro se*, seeks relief pursuant to Title 42, United States Code, Section 1983. This matter is before the court on the plaintiff's motion for voluntary dismissal.

Pursuant to the provisions of Title 28, United States Code, Section 636(b)(1)(B), and Local Rule 73.02(B)(2)(d), D.S.C., this magistrate judge is authorized to review all pretrial matters in cases filed under Title 42, United States Code, Section 1983, and submit findings and recommendations to the District Court.

On February 16, 2010, the plaintiff moved to dismiss this action, stating that "I did not write this lawsuit .... I want my name dropped off the lawsuit." On March 2, 2010, the defendants filed their response to the motion, stating that they do not oppose dismissal of the case with prejudice.

It is recommended that the plaintiff's motion be granted and this action be dismissed without prejudice.

s/William M. Catoe
United States Magistrate Judge

April 6, 2010

Greenville, South Carolina